**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JUAN ANAYA, STEVEN BETTS, WILLIAM COOK, AMBER HORNICK, CAROLYN PLUHAR, KYLE REYNOLDS, and VIRGINIA ROMANO, individually and on behalf of all others similarly situated**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, SUMITOMO PHARMA AMERICA, INC., BRISTOL MYERS SQUIBB COMPANY, BRISTOL MYERS SQUIBB PATIENT ASSISTANCE FOUNDATION, INC., REGENERON PHARMACEUTICALS, INC., GLAXOSMITHKLINE, LLC, and GLAXOSMITHKLINE PATIENT ACCESS PROGRAMS FOUNDATION**<br><br>    **Defendants.** | **CIVIL ACTION NO.  24-2961**<br><br>**CONSOLIDATED CASES**<br><br><br>**HON. CYNTHIA M. RUFE** |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF A PRETRIAL ORDER
RE: TIME AND EXPENSE GUIDELINES AND REPORTS**

Plaintiffs hereby move the Court to enter a Pretrial Order, in the proposed form submitted with this Motion to establish guidelines and procedures concerning submission and review of reports to Co-Lead Counsel with respect to Plaintiffs' attorneys' fees and expenses in this litigation.

In support of this motion, Plaintiffs incorporate by reference the accompanying Memorandum of Law.

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certify that this Motion is uncontested.

Dated: December 2, 2024

Respectfully submitted,

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg (PA Bar No. 31738)
**FINE, KAPLAN AND BLACK, RPC**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com

*Interim Liaison Counsel for*
 *Plaintiffs and the Class*

Jeannine M. Kenney (PA Bar No. 307635)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeld.com

Shauna Itri (PA Bar No. 201611)
**SEEGER WEISS LLP**
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Tel: (215) 553-7981
Fax: (215) 851-8029
sitri@seegerweiss.com

Erin Green Comite*
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com
*Admitted Pro Hac Vice*

Andrew W. Ferich (PA Bar No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

*Interim Co-Lead Counsel for*
 *Plaintiffs and the Class*