# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN ANAYA, STEVEN BETTS, WILLIAM COOK, AMBER HORNICK, CAROLYN PLUHAR, KYLE REYNOLDS, and VIRGINIA ROMANO, individually and on behalf of all others similarly situated**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CENCORA, INC., THE LASH GROUP, LLC, SUMITOMO PHARMA AMERICA, INC., BRISTOL MYERS SQUIBB COMPANY, BRISTOL MYERS SQUIBB PATIENT ASSISTANCE FOUNDATION, INC., REGENERON PHARMACEUTICALS, INC., GLAXOSMITHKLINE, LLC, and GLAXOSMITHKLINE PATIENT ACCESS PROGRAMS FOUNDATION**<br><br>**Defendants.** | **CIVIL ACTION NO.  24-2961**<br><br>**CONSOLIDATED CASE**<br><br>**HON. CYNTHIA M. RUFE** |

## JOINT DISPUTED MOTION FOR ENTRY OF FURTHER CASE MANAGEMENT ORDER

Pursuant to Case Management Order No. 3, Plaintiffs, Defendants Cencora, Inc. and The Lash Group, LLC (collectively "Cencora"), and Defendants Bristol-Myers Squibb Company, Bristol-Myers Squibb Patient Assistance Foundation, Inc., Sumitomo Pharma America, Inc., Regeneron Pharmaceuticals, Inc., GlaxoSmithKline, LLC, and GlaxoSmithKline Patient Access Programs Foundation (collectively "Pharmaceutical Defendants") hereby move the Court to enter a further Case Management Order to establish briefing and discovery deadlines. ECF No. 82, ¶3; *see also* ECF No. 90 (extending deadline for submission).

Plaintiffs, Cencora, and the Pharmaceutical Defendants (collectively, the "Parties") were unable to agree on: (1) the start date of fact discovery; and (2) the deadline to amend or add parties. Therefore, in support of this disputed motion, the Parties incorporate by reference the

accompanying memorandum of law, which sets forth each Party's position on these two disputed

issues.  The Parties also attach the proposed further Case Management Order as **Exhibit 1**, which

sets forth the Parties' agreed upon case management deadlines and each Party's respective

proposed deadlines for the two disputed issues.


Dated: January 8, 2025                              Respectfully submitted,

                                                    */s/ Andrew W. Ferich*
                                                    Andrew W. Ferich (PA Bar No. 313696)
                                                    **AHDOOT & WOLFSON, PC**
                                                    201 King of Prussia Road, Suite 650
                                                    Radnor, PA 19087
                                                    Tel: (310) 474-9111
                                                    Fax: (310) 474-8585
                                                    aferich@ahdootwolfson.com

                                                    Jeannine M. Kenney (PA Bar No. 307635)
                                                    **HAUSFELD LLP**
                                                    325 Chestnut Street, Suite 900
                                                    Philadelphia, PA 19106
                                                    Tel: (215) 985-3270
                                                    Fax: (215) 985-3271
                                                    jkenney@hausfeld.com

                                                    Shauna Itri (PA Bar No. 201611)
                                                    **SEEGER WEISS LLP**
                                                    325 Chestnut Street, Suite 917
                                                    Philadelphia, PA 19106
                                                    Tel: (215) 553-7981
                                                    Fax: (215) 851-8029
                                                    sitri@seegerweiss.com

                                                    Erin Green Comite
                                                    **SCOTT+SCOTT**
                                                    **ATTORNEYS AT LAW LLP**
                                                    156 S. Main Street
                                                    P.O. Box 192
                                                    Colchester, CT 06415
                                                    Tel: (860) 537-5537
                                                    Fax: (860) 537-4432
                                                    ecomite@scott-scott.com

*Admitted Pro Hac Vice*

*Interim Co-Lead Counsel for*
*Plaintiffs and the Class*

Roberta D. Liebenberg (PA Bar No. 31738)
**FINE, KAPLAN AND BLACK, RPC**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
rliebenberg@finekaplan.com

*Interim Liaison Counsel for*
*Plaintiffs and the Class*

*/s/ Gregory T. Parks*
Gregory T. Parks
Kristin M. Hadgis
Laura H. McNally
Terese M. Schireson
Emily K. Wheeling
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
gregory.parks@morganlewis.com
kristin.hadgis@morganlewis.com
laura.mcnally@morganlewis.com
terese.schireson@morganlewis.com
emily.wheeling@morganlewis.com

*Attorneys for Defendants Cencora, Inc. and*
*The Lash Group, LLC*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

*Attorney for Defendants Bristol-Myers*
*Squibb Company and Bristol-Myers Squibb*
*Patient Assistance Foundation, Inc.*
*Pharmaceutical Defendants Liaison Counsel*

3

*/s/ Carrie Dettmer Slye*
Carrie Dettmer Slye
**BAKER HOSTETLER LLP**
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Tel: (513) 852-2626
cdettmerslye@bakerlaw.com
*Admitted Pro Hac Vice*

Nathalie Anne Freeman
**BAKER HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Tel: (402) 802-8101
nfreeman@bakerlaw.com

*Attorneys for Defendant Sumitomo Pharm America, Inc.*

*/s/ Travis LeBlanc*
Travis LeBlanc
**COOLEY LLP**
1299 Pennsylvania Ave NW, Suite 700
Washington, DC 20004
Tel: (202) 842-7800
tleblanc@cooley.com
*Admitted Pro Hac Vice*

Teresa Michaud
**COOLEY LLP**
355 S. Grand Ave, Suite 900
Los Angeles, CA 90071
Tel: (213) 561-3241
tmichaud@cooley.com
*Admitted Pro Hac Vice*

Russell Capone
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6580
rcapone@cooley.com
*Admitted Pro Hac Vice*

4

Koji F. Fukumura
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA 92121
Tel: (858) 550-6000
kfukumura@cooley.com

*Attorneys for Defendant Regeneron*
*Pharmaceuticals, Inc.*

*/s/ Aaron D. Charfoos*
Aaron D. Charfoos
**PAUL HASTINGS LLP**
71 S Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: (312) 499-6016
aaroncharfoos@paulhastings.com
*Admitted Pro Hac Vice*

Michelle A. Reed
**PAUL HASTINGS LLP**
2001 Ross Avenue, Suite #700-168
Dallas, TX 75201
Tel: (972) 936-7475
michelle.reed@paulhastings.com
*Admitted Pro Hac Vice*

Jessica Rickabaugh
**TUCKER LAW GROUP**
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 875-0609
jrickabaugh@tlgattorneys.com

*Attorneys for Defendants GlaxoSmithKline,*
*LLC and GlaxoSmithKline Patient Access*
*Programs Foundation*

## **ATTESTATION OF FILER**

I hereby attest that all signatories above have reviewed and concur with the filing of this document.

Dated:  January 8, 2025                                  _/s/ Andrew W. Ferich_
                                                          Andrew W. Ferich

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that on this 8th day of January 2025, a true and correct copy of this foregoing was filed through CM/ECF system which will send notice of such filing to all counsel of record who are registered ECF users.

*/s/ Andrew W. Ferich*
Andrew W. Ferich